JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANCIA DUBAICH,<br><br>    Plaintiff,<br><br>    v.<br><br>HCA HEALTH AND WELFARE BENEFIT PLAN,<br><br>    Defendant. | Case No. 2:12-cv-08272 DMG (AJW)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE [11]** |

Based on the Stipulation of the Parties and for Good Cause shown, the above captioned lawsuit is hereby dismissed without prejudice, with each party to bear her or its own costs and fees.

IT IS SO ORDERED:

Date: October 11, 2013

_____
Dolly M. Gee
United States District Judge

1029337.1